# BLEICHMAN & KLEIN

**ATTORNEYS AND COUNSELORS AT LAW**

268 WEST ROUTE 59                                    113 CEDARHILL AVENUE
SPRING VALLEY, NJ 10977                                MAHWAH, NJ 07430
(845) 425-2510                                             (201) 529-3411
JOSHUA N. BLEICHMAN, ADMITTED IN NY          SHMUEL KLEIN, ADMITTED IN NJ

December 21, 2009

Chambers Hon. Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4140

Re:  Carolyn Wilson
      Case No.  09-22020
      Case No.  09-08263

Dear Hon. Robert D. Drain;

Please accept this letter as a request to adjourn the Pre Trial Conference on consent of both sides. The hearing is currently scheduled for December 22, 2009, at 10:00 am. Please adjourn the hearing to January 6, 2010, at 10:00 am in White Plains, New York.

The Pre Trail Conference is being adjourned due to the pending Loss Mitigation If you should need anything further or have any questions do not hesitate to contact our office.

Sincerely,

 /s/ Joshua N. Bleichman
Joshua N. Bleichman/hm

cc. Brian Grieco